**Richard R. McLISH, O.S.P. #76156, Petitioner,**

v.

**DISTRICT COURT OF PONTOTOC COUNTY, State of Oklahoma, Respondent.**

**No. A–14684.**

Court of Criminal Appeals of Oklahoma.

June 26, 1968.

---

Richard R. McLish, pro se.

G. T. Blankenship, Atty. Gen., Hugh H. Collum, Asst. Atty. Gen., for respondent.

## MEMORANDUM OPINION

BRETT, Judge:

On May 27, 1968, Richard M. McLish filed in this Court a petition for writ of mandamus, asking this Court to compel the district court of Pontotoc County to withdraw and dismiss a detainer (warrant No. 6153) lodged against him by the authorities of Pontotoc County with the Oklahoma State Penitentiary, where petitioner is presently serving a sentence of two years, rendered by the district court of Pontotoc County on a conviction for grand larceny.

The Attorney General has filed a response to this petition, stating that case No. 6153 in the justice court of J. Blair Gilbreath of Pontotoc County was dismissed on May 24, 1968, and attached a certified copy of the order of dismissal to his response.

The question presented herein having become moot, the petition is dismissed.

NIX, P. J., and BUSSEY, J., concur.